**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Adan GONZALES, Defendant–
Appellant.**

No. 09–11909
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 4, 2009.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

598

William Charles Fletcher, Jacksonville, FL, for Defendant–Appellant.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed appellate counsel for Adan Gonzales, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gonzales's conviction and sentence are **AFFIRMED.**